**Order entered May 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01610-CV

## IN THE MATTER OF THE MARRIAGE OF OMID ROHANI AND SUMMER ROHANI

### On Appeal from the 199th Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 199-51617-2012

## ORDER

We **GRANT** appellee's May 27, 2014 agreed motion for an extension of time to file a

brief. Appellee shall file his brief on or before June 11, 2014. We caution appellee that no

further extension of time will be granted absent extraordinary circumstances.


/s/     ADA BROWN
        JUSTICE